1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   GREG GROTEMEYER,                         Case No.  1:21-cv-01764-NONE-EPG

11                  Plaintiff,

12         v.                                 ORDER DENYING MOTION TO PROCEED
                                              *IN FORMA PAUPERIS* WITHOUT
13   DEPARTMENT OF TREASURY                   PREJUDICE
     INTERNAL REVENUE SERVICE,
14                                            (ECF No. 2.)
                 Defendant.
15                                            ORDER REQUIRING PLAINTIFF TO FILE
                                              AN APPLICATION TO PROCEED *IN*
16                                            *FORMA PAUPERIS* OR PAY FILING FEE

17                                            THIRTY (30) DAY DEADLINE

18
            Plaintiff Greg Grotemeyer ("Plaintiff"), a state prisoner proceeding *pro se*, has applied to
19
     proceed *in forma pauperis* ("IFP") in this action. (ECF No. 2.)
20
            Plaintiff only submitted the first page of his IFP application. Thus, the application to
21
     proceed IFP was not adequately completed and, as written, is insufficient for the Court to
22
     determine if he is entitled to proceed without prepayment of fees in this action. Without a fully
23
     completed IFP application, Plaintiff has not made the showing required to proceed IFP. *See* 28
24
     U.S.C. § 1915(a).
25
            The application will accordingly be denied without prejudice and the Court will order
26
     Plaintiff to complete and file another application.  Plaintiff must completely, accurately, and
27
     adequately answer the questions presented and must sign the form. If Plaintiff is unwilling to
28
     complete and submit the application, Plaintiff must pay the filing fee in full.

                                              1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward a prisoner IFP application form to Plaintiff; and

3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed IFP application form. If Plaintiff fails to comply with this order, the Court may dismiss this action for failure to obey a court order and/or failure to prosecute.

IT IS SO ORDERED.

Dated:   __**December 16, 2021**__          ___/s/___ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE